MILBURN *et al.*, Plaintiffs in Error, v. CARPENTER, Defendants in Error.

MILBURN *et al.*, Plaintiffs in Error, v. BLANCHARD, Defendant in Error.

MILBURN *et al.*, Plaintiffs in Error, v. McCLURE, Defendant in Error.

MILBURN *et al.*, Plaintiffs in Error, v. HOGAN, Defendant in Error.

1. Milburn v. Hardy, ante p. 514, affirmed.

*Error to St. Louis Circuit Court.*

NAPTON, Judge, delivered the opinion of the court.

These cases all involve precisely the same questions determined in the case of Milburn and others v. Hardy, at the present term. The judgments are consequently affirmed.